**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: <br><br> ORRIN S. ANDERSON, <br><br> Debtor. | S.D.N.Y. Bankr. No. 14-22147 (RDD) |
| ORRIN S. ANDERSON, A/K/A ORRIN ANDERSON, A/K/A ORRIN SCOTT ANDERSON, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK (USA), N.A., <br><br> Defendant. | S.D.N.Y. Bankr. Adv. Pro. No. 15-08342 (RDD) <br><br> S.D.N.Y. No. 19-cv-3981 |

**NOTICE OF MOTION FOR FINAL APPROVAL**

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law and the supporting Declarations of Adam R. Shaw and Sydney Gustafson, Plaintiff by and through his counsel, shall move before the Honorable Nelson S. Roman, United States District Judge at the United States District Court of the Southern District of New York (the "Court"), 300 Quarropas Street, White Plains, New York 10601, on September 11, 2019, for an order under Rule 7023 of the Federal Rules of Bankruptcy Procedure and Rule 23(e) of the Federal Rules of Civil Procedure for Final Approval of the Settlement.

**PLEASE TAKE NOTICE** that all responses or objections, if any, to the Motion shall be made in writing, no later than Wednesday, September 4, 2019.

                    Respectfully submitted,

Dated: Albany, New York
       August 28, 2019

                    **BOIES SCHILLER FLEXNER LLP**

          By:   */s/ Adam R. Shaw*
                    George F. Carpinello
                    Adam R. Shaw
                    Anne M. Nardacci
                    30 South Pearl Street
                    Albany, NY  12207
                    (518) 434-0600

                    **CHARLES JUNTIKKA & ASSOCIATES LLP**
                    Charles Juntikka
                    30 Vesey Street, #100
                    New York, NY  10007
                    (212) 315-3755

                    *Attorneys for Plaintiff Orrin S. Anderson*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2019, I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/Adam R. Shaw
Adam R. Shaw