UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> ORRIN S. ANDERSON, <br><br> Debtor. | S.D.N.Y. Bankr. No. 14-22147 (RDD) |
| ORRIN S. ANDERSON, A/K/A ORRIN ANDERSON, A/K/A ORRIN SCOTT ANDERSON, <br><br> Plaintiff, <br><br> v. <br><br> CAPITAL ONE BANK (USA), N.A., <br><br> Defendant. | S.D.N.Y. Bankr. Adv. Pro. No. 15-08342 (RDD) <br><br> S.D.N.Y. No. 19-cv-3981 |

NOTICE OF UNCONTESTED MOTION FOR
ATTORNEYS' FEES, EXPENSES AND INCENTIVE AWARD PAYMENTS

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law and the supporting Declarations of Adam R. Shaw and Charles Juntikka, Class Counsel shall move before the Honorable Nelson S. Roman, United States District Judge at the United States District Court of the Southern District of New York (the "Court"), 300 Quarropas Street, White Plains, New York 10601, on September 4, 2019, for an order granting Attorneys' Fees, Expenses and Incentive Award Payments.

**PLEASE TAKE NOTICE** that all responses or objections, if any, to the Motion shall be made in writing, no later than Wednesday, September 4, 2019.

                    Respectfully submitted,

Dated:  Albany, New York
         August 28, 2019

                  **BOIES SCHILLER FLEXNER LLP**

        By:    */s/ Adam R. Shaw*
                  George F. Carpinello
                  Adam R. Shaw
                  Anne M. Nardacci
                  30 South Pearl Street
                  Albany, NY  12207
                  (518) 434-0600


                  **CHARLES JUNTIKKA & ASSOCIATES LLP**
                  Charles Juntikka
                  30 Vesey Street, #100
                  New York, NY  10007
                  (212) 315-3755

                  *Attorneys for Plaintiff Orrin S. Anderson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2019, I caused the foregoing document to be filed electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*/s/Adam R. Shaw*
Adam R. Shaw
